| | |
|---|---|
| 1 | GARY M. RESTAINO |
| | United States Attorney |
| 2 | District of Arizona |
| | ASHLEY ENDERLE |
| 3 | Assistant U.S. Attorney |
| | State Bar No. 030798 |
| 4 | United States Courthouse |
| | 405 W. Congress Street, Suite 4800 |
| 5 | Tucson, Arizona 85701 |
| | Telephone: 520-620-7300 |
| 6 | Email: ashley.enderle@usdoj.gov |
| | Attorneys for Plaintiff |

FILED
2023 AUG -9 PM 1: 24
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR23-01183 TUC-JCH(MSA)

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

United States of America,

　　　　　Plaintiff,

　　v.

1. Jose Banuelos,
　(Counts 1-12)

2. Adolfo Valdez,
　(Counts 1, 2, 4, 6, 8)

3. Jesus Adan Ruiz-Cerqueda,
　(Counts 1, 2, 4, 6, 8)

4. Richard Alfonso Rodriguez,
　(Counts 1, 2, 4, 6, 8)

5. Karla Yaneth Carrillo-Flores,
　aka Karla Carrio Flores,
　(Counts 1, 3, 5, 7, 9-11)

　　　　　Defendants.

**INDICTMENT**

VIOLATIONS:
8 U.S.C. § 1324(a)(1)(A)(v)(I)
8 U.S.C. § 1324(a)(1)(A)(ii)
8 U.S.C. § 1324(a)(1)(A)(iii)
8 U.S.C. § 1324(a)(1)(B)(i)
(Conspiracy to Transport and/or Harbor Illegal Aliens for Profit)
**Count 1**

8 U.S.C. § 1324(a)(1)(A)(ii)
8 U.S.C. § 1324(a)(1)(B)(i)
18 U.S.C. § 2
(Transportation of Illegal Aliens for Profit)
**Counts 2, 4, 6, 8**

8 U.S.C. § 1324(a)(1)(A)(iii)
8 U.S.C. § 1324(a)(1)(B)(i)
(Harboring of Illegal Aliens for Profit)
**Counts 3, 5, 7, 9-11**

18 U.S.C. §§ 922(g)(1) and 924(a)(8)
(Felon in Possession of a Firearm and Ammunition)
**Count 12**

18 U.S.C. §§ 924(d), 982(a)(6)
28 U.S.C. § 2461(c)
Forfeiture Allegation

**THE GRAND JURY CHARGES:**

**COUNT 1**

　　From a date unknown to on or about July 10, 2023, in the District of Arizona, Jose Banuelos, Adolfo Valdez, Jesus Adan Ruiz-Cerqueda, Richard Alfonso Rodriguez, and

Karla Yaneth Carrillo-Flores, aka Karla Carrio Flores, did knowingly and intentionally combine, conspire, confederate, and agree together and with various other persons known and unknown to the grand jury, to transport and move illegal aliens, within the United States by means of transportation or otherwise, and/or conspired to conceal, harbor and shield from detection to avoid said aliens' detection by immigration authorities, in furtherance of such violation of law, and did so for the purpose of commercial advantage or private financial gain, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), 1324(a)(1)(A)(iii), and 1324(a)(1)(B)(i).

## COUNT 2

On or about July 10, 2023, in the District of Arizona, Jose Banuelos, Adolfo Valdez, Jesus Adan Ruiz-Cerqueda and Richard Alfonso Rodriguez, knowing and in reckless disregard of the fact that an alien, Yenifer Magali Guch-Lopez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and Title 18, United States Code, Section 2.

## COUNT 3

On or about July 10, 2023, in the District of Arizona, Jose Banuelos and Karla Yaneth Carrillo-Flores, aka Karla Carrio Flores, knowing and in reckless disregard of the fact that an alien, Yenifer Magali Guch-Lopez, had come to, entered, and remained in the United States in violation of law, did knowingly conceal, harbor and shield from detection said alien in any place, including any building or any means of transportation, to avoid said alien's detection by immigration authorities, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## COUNT 4

On or about July 10, 2023, in the District of Arizona, Jose Banuelos, Adolfo

Valdez, Jesus Adan Ruiz-Cerqueda and Richard Alfonso Rodriguez, knowing and in reckless disregard of the fact that an alien, Cleidy Herrera-Contreras, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and Title 18, United States Code, Section 2.

### COUNT 5

On or about July 10, 2023, in the District of Arizona, Jose Banuelos and Karla Yaneth Carrillo-Flores, aka Karla Carrio Flores, knowing and in reckless disregard of the fact that an alien, Cleidy Herrera-Contreras, had come to, entered, and remained in the United States in violation of law, did knowingly conceal, harbor and shield from detection said alien in any place, including any building or any means of transportation, to avoid said alien's detection by immigration authorities, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

### COUNT 6

On or about July 10, 2023, in the District of Arizona, Jose Banuelos, Adolfo Valdez, Jesus Adan Ruiz-Cerqueda and Richard Alfonso Rodriguez, knowing and in reckless disregard of the fact that an alien, Guillermina Isabel Reyes, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and Title 18, United States Code, Section 2.

### COUNT 7

On or about July 10, 2023, in the District of Arizona, Jose Banuelos and Karla Yaneth Carrillo-Flores, aka Karla Carrio Flores, knowing and in reckless disregard of

the fact that an alien, Guillermina Isabel Reyes, had come to, entered, and remained in the United States in violation of law, did knowingly conceal, harbor and shield from detection said alien in any place, including any building or any means of transportation, to avoid said alien's detection by immigration authorities, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## COUNT 8

On or about July 10, 2023, in the District of Arizona, Jose Banuelos, Adolfo Valdez, Jesus Adan Ruiz-Cerqueda and Richard Alfonso Rodriguez, knowing and in reckless disregard of the fact that an alien, Miriam Chamale, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and Title 18, United States Code, Section 2.

## COUNT 9

On or about July 10, 2023, in the District of Arizona, Jose Banuelos and Karla Yaneth Carrillo-Flores, aka Karla Carrio Flores, knowing and in reckless disregard of the fact that an alien, Miriam Chamale, had come to, entered, and remained in the United States in violation of law, did knowingly conceal, harbor and shield from detection said alien in any place, including any building or any means of transportation, to avoid said alien's detection by immigration authorities, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## COUNT 10

On or about July 10, 2023, in the District of Arizona, Jose Banuelos and Karla Yaneth Carrillo-Flores, aka Karla Carrio Flores, knowing and in reckless disregard of the fact that an alien, Jose Ines Cubias-Castellanos, had come to, entered, and remained

in the United States in violation of law, did knowingly conceal, harbor and shield from detection said alien in any place, including any building or any means of transportation, to avoid said alien's detection by immigration authorities, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

### COUNT 11

On or about July 10, 2023, in the District of Arizona, Jose Banuelos and Karla Yaneth Carrillo-Flores, aka Karla Carrio Flores, knowing and in reckless disregard of the fact that an alien, Catalino Alejandro Chamale-Chamale, had come to, entered, and remained in the United States in violation of law, did knowingly conceal, harbor and shield from detection said alien in any place, including any building or any means of transportation, to avoid said alien's detection by immigration authorities, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

### COUNT 12

On or about July 10, 2023, in the District of Arizona, Jose Banuelos, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms and ammunition, in and affecting interstate or foreign commerce, to wit: .22 caliber Model TA22 revolver, Stevens Arms 20-gauge shotgun, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### FORFEITURE ALLEGATION

Upon conviction of an offense in violation of Title 8, United States Code, Section 1324, alleged in Counts 1 through 12 of this Indictment, defendants Jose Banuelos, Adolfo Valdez, Jesus Adan Ruiz-Cerqueda, Richard Alfonso Rodriguez, and Karla Yaneth Carrillo-Flores, aka Karla Carrio Flores, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(6):  (a) any conveyance, including any vessel,

vehicle, or aircraft, used in the commission of the offense; (b) any property, real or personal, that constitutes or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense; and (c) any property, real or personal, used to facilitate or intended to be used to facilitate the commission of the offense.

Upon conviction of Count 12 of this Indictment, defendant, Jose Banuelos, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense.

The property to be forfeited includes, but is not limited to:

1. one (1) Tanfoglio .22 caliber Model TA22 Revolver, serial number: C42851;
2. one (1) Stevens Arms 20-Gauge Sawed Off Shotgun, serial number: E361106;
3. approximately one hundred and forty (140) rounds of assorted ammunition, which includes: fourteen (14) rounds of .380 caliber ammunition, ten (10) rounds of .38 caliber SPL ammunition, three (3) rounds of .223 caliber ammunition, fifty-nine (59) rounds of .22 caliber ammunition, twenty-one (21) rounds of 9mm ammunition, and thirty-three (33) rounds of .40 caliber ammunition; and
4. two (2) 9mm magazines, one (1) .38 SPL magazine, and one (1) .22 magazine.

If any of the property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of the defendants up to the value of the above-described forfeitable property, including but not limited to all property, both real and personal, owned by the defendants, pursuant to Title 21, United States Code, Section

853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Sections 924(d), 982(a)(6) and (b)(1), Title 21, United States Code, Section 853(p), Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: August 9, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona


/s/
ASHLEY ENDERLE
Assistant U.S. Attorney